UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUSTIN COLLINS                                              CIVIL ACTION

VERSUS                                                       NO. 26-296-JWD-RLB

VANESSA FANG, ET AL.

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 18, 2026 (Doc. 5), to which no objection was filed;

IT IS ORDERED THAT this matter shall be DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 5, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**